UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALAMEO ALAIMALEATA,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 3:20-CV-06053-RAJ<br><br><s>PROPOSED</s> ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows: Defendant shall have up to and including March 5, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

DATED this 5th day of January, 2021.

_____

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 1      <s>PROPOSED</s> ORDER - [3:20-CV-06053-RAJ]