UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALAMEO S. ALAIMALEATA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C20-6053 RAJ<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE ANSWER** |

Before the court is Plaintiff's complaint seeking review of the Commissioner's decision denying disability benefits. *See* Dkt. 4. Plaintiff filed proof of service indicating service occurred on October 30, 2020. *See* Dkt. 6. The Commissioner was required to serve an answer to the complaint within 60 days after service. *See* Fed. R. Civ. P. 12(a)(2). After receiving two extensions of time, the Commissioner was ordered to serve an answer by April 2, 2021. *See* Dkt. 10, 13. To date, the Commissioner has filed no answer.

ORDER TO SHOW CAUSE RE: FAILURE TO FILE ANSWER - 1

The Commissioner is hereby ordered to show cause on or before April 30, 2021, why this matter should not be remanded for failure to file an answer.

DATED this 15th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge