UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALAMEO S. ALAIMALEATA, | Civil No. 3:20-CV-06053-RAJ |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new hearing and decision by an administrative law judge (ALJ).

On remand, the ALJ will update the record and offer the claimant a de novo hearing; re-assess the medical evidence, including the opinion of Enrico Legaspi, DPT; re-weigh the claimant's allegations, as necessary; and continue with the remaining steps of the sequential evaluation, obtaining vocational expert testimony, if needed.

Dated this the 30th day of June, 2021.

_Richard A Jones_
The Honorable Richard A. Jones
United States District Judge