UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TALAMEO S. ALAIMALEATA, | Civil No. 3:20-CV-06053-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on June 30, 2021.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 30th day of June, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Page 1   ~~PROPOSED~~ JUDGMENT - [3:20-CV-06053-RAJ]