U.S. DISTRICT JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TALAMEO S. ALAIMALEATA .,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION<br><br>Defendant | Civil Case No.: 3:20-cv-06053-RAJ<br><br>ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff's EAJA petition and adjusted invoice and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, it is hereby ORDERED that: EAJA attorney's fees in the amount of **$4,957.54** shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct.

ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 1 of 2-- Civil Case No.: 3:20-cv-06053-RAJ

Invictus Legal Services
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (877) 327-5090

2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel; however,

2) The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to George Andre Fields, Esq, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

IT IS SO ORDERED.

Dated this the 21st day of September, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 2 of 2-- Civil Case No.: 3:20-cv-06053-RAJ

Invictus Legal Services
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (877) 327-5090